Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Esperance Uwayisega Taylor
_____
*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Case No.: 2:22cv1521-ACA
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☒ Yes   ☐ No

Publix
_____
*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.   **The Parties to This Complaint**

   A.   **The Plaintiff**

   | | |
   |---|---|
   | Name | Esperance Uwayisega Taylor |
   | Street Address | 1933 Shades Cliff Terrace |
   | City and County | Birmingham, Jefferson County |
   | State and Zip Code | Alabama 35216-1103 |
   | Telephone Number | (205) 383-6620 |
   | E-mail Address *(if known)* | |

   ☐   Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

_01 December 02022_  _____
Date                                      Participant Signature

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Publix Super Market on Overton
- Job or Title *(if known)*:
- Street Address: 3141 Overton Road
- City and County: Birmingham, Jefferson County
- State and Zip Code: Alabama, 35233-2846
- Telephone Number: (205) 967-2188
- E-mail Address *(if known)*:

Defendant No. 2

- Name: Publix Greenwise Market at Lane Parke
- Job or Title *(if known)*:
- Street Address: 1000 Jemison Lane
- City and County: Birmingham, Jefferson County
- State and Zip Code: Alabama, 35223
- Telephone Number: (205) 802-9189
- E-mail Address *(if known)*:

Defendant No. 3

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4
- Name: _____
- Job or Title *(if known)*: _____
- Street Address: _____
- City and County: _____
- State and Zip Code: _____
- Telephone Number: _____
- E-mail Address *(if known)*: _____

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

- Name: Publix Supermarket On Overton
- Street Address: 3141 Overton Road
- City and County: Birmingham, Jefferson County
- State and Zip Code: Alabama, 35233-2846
- Telephone Number: (205) 967-2188

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Relevant state law *(specify, if known)*:

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☒ Termination of my employment

☐ Failure to promote me

☒ Failure to accommodate my disability

☒ Unequal terms and conditions of my employment

☒ Retaliation

☒ Other acts *(specify)*: harassment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B. It is my best recollection that the alleged discriminatory acts occurred on date(s): Beginning in 2019 at Publix at Lane Parke and continued over summer of 2020 and up to December 2021.

C. I believe that defendant(s) (check one):

☐ is/are still committing these acts against me

☒ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

☒ race — I identify as Black African.

☐ color

☒ gender/sex — I am female and identify as such.

☐ religion

☒ national origin — I was born in Rwanda.

☒ age (year of birth) — I was born 04/10/1957
(only when asserting a claim of age discrimination)

☒ disability or perceived disability (specify disability) physical impairment of chronic joint pain, mental impairment of Post Traumatic Stress Disorder.

E. The facts of my case are as follows. Attach additional pages if needed. Please see attached Charge.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Page 5 of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

IV. **Exhaustion of Federal Administrative Remedies**

  A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: 02/15/2022

  B. The Equal Employment Opportunity Commission *(check one)*:

  ☐ has not issued a Notice of Right to Sue letter

  ☒ issued a Notice of Right to Sue letter, which I received on *(date)*: _____
  letter dated 09/02/2022; received later in mail

  *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

  C. Only litigants alleging age discrimination must answer this question:
  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

  ☒ 60 days or more have elapsed

  ☐ less than 60 days have elapsed

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual damages are roughly the wages and benefits that would have been paid from the date of separation from employment to the present date, which would approximately total $22,464.00
Punitive damages are roughly 10 times actual damages for emotional and physical pain and suffering. This would be $247,104.00
I also ask for training of Publix staff on disability and equal employment broadly. I ask for the legal costs of this pursuit to be awarded if appropriate.

Page 6 of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 01 December 2022

Signature of Plaintiff: _Espérance Uwayinege-Taylor_

Printed Name of Plaintiff: Espérance Uwayinege-Taylor

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Esperance Uwayirege Taylor | Home Phone (Incl. Area Code)<br>(205) 383-6620 | Date of Birth<br>04/10/1957 |
|---|---|---|
| Street Address                   City, State and ZIP Code<br>1933 Shades Cliff Terrace, Birmingham, AL 35216-1103 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>Publix GreenWise Market at Lane Parke | No. Employees, Members<br>not sure but > 20 | Phone No. (Incl. Area Code)<br>(205) 802-9189 |
|---|---|---|
| Street Address                City, State and ZIP Code<br>1000 Jemison Ln, Mountain Brook, AL 35233 | | |
| Name<br>Publix on Overton | No. Employees, Members<br>not sure but > 20 | Phone No. (Incl. Area Code)<br>(205) 967-2188 |
| Street Address                City, State and ZIP Code<br>3141 Overton Rd, Mountain Brook, AL 35233-2846 | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest _____
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a female currently age 65 years old; I was born in Rwanda and identify as a Black African; I speak and write English as a fifth language (after African languages, French, and German); I am a naturalized African American citizen; and I have a disability due to disabling physical and mental documented medical conditions. Until December 30, 2021, I worked part-time at Publix GreenWise market at Lane Parke as a cashier since approximately June 2019. Prior to this period, I worked the same position from roughly March 2019 to June 2019 at the Publix located at 3141 Overton Rd Mountain Brook, AL 35223-2846. Customers and coworkers called me by the name Hope, which is the English translation for my name Esperance from the French language. I wrote and maintained journal entry notes about my work observations and experiences, including names and contact information for people (both coworkers and customers) who may have witnessed some of the same observations and experiences I have noted here.

At both Publix locations, my understanding during the hiring process was that I was being hired as a cashier. However, at both locations I ended up performing many kinds of different daily tasks in addition to or other than cashier. Each work shift, the daily shift schedule listed each employee's job title, shift roles, meal schedule, and any additional jobs or roles for that shift. At the beginning of each shift, I first would clock in and then go to the Customer Service desk where I received my daily shift title, jobs, and roles. Over the course of my employment at both Publix locations, I often felt that I was singled out for numerous micro-aggressions, discouraging criticism, and harassment directed towards me by other employees, and I felt that this treatment was primarily due to me being a Black immigrant from Africa who had become a naturalized citizen. I also felt on occasions that some harassing behavior towards me had singled me out based on my sex, race, age, and disability, each of which are intertwined with my identity as a female African immigrant. As these experiences accumulated over time, I felt that the work environment had become toxic and unhealthy for me. Consequently, I chose to separate from work on December 30, 2021, after having voiced my concerns but having seen no substantive changes to improve my work environment. I provide the following examples of a work environment that felt hostile to me because of who I am:

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: FEB-2022
*Charging Party Signature:* Esperance Taylor

NOTARY – When necessary for State or Local Agency Requirements

*signature:* John Eric Watkins

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
2/18/2022

JOHN ERIC WATKINS
Notary Public
Alabama State at Large
My Commission Expires
July 25, 2023

EEOC Form 5 (11/09)

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☐ EEOC | |

and EEOC

_State or local Agency, if any_

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

- Another employee named Caitlin Reynolds told me I had not pronounced her name properly in a mocking tone and in front a customer. Caitlin also critically told me in front of a customer to take care of garbage removal. I perceived that Caitlin viewed me inferior, as did several other employees.
- On several occasions, I was refused or criticized for taking water breaks even if few or no customers were shopping in the store at that time, including during periods of hot weather over summer months. This occurred at the GreenWise market at Lane Parke location as early as June 2019 and continued often thereafter.
- In the summer of 2020, I provided one of the many supervisors/managers with written documentation from my medical provider dated 06/11/2020 restricting me from heavy physical exertion job tasks and specifically naming a restriction that I was unable to operate heavy cleaning equipment. Several weeks after I had provided that medical letter, Caitlin and another employee ordered me to clean using the heavy floor cleaning equipment. Prior to this incident, I had worn knee braces on both knees for chronic joint pain issues, and I told coworkers that I wore knee braces. Still I was instructed to perform cleaning work using heavy floor cleaning equipment, despite informing them that I was unable to do so based on my documented health issues.
- Sometimes, I was given the job tasks of other employees when other employees did not perform their own tasks for a given shift.
- During spring 2021, I recall an occasion of severe weather with rain and a thunderstorm with lightning. Most customers were huddled in the entrance waiting for the storm to subside. Against store policy about severe weather, Caitlin instructed me to go into the parking lot to retrieve a single shopping cart that was stuck against a rail.
- During summer 2021, I worked outside in the store parking lot to retrieve shopping carts. Due to high outside temperatures, employees were supposed to be limited to 30 minutes for outside job tasks. On at least one occasion, I worked for 30 minutes outside and was told by another employee to bag groceries inside while cooling off. After just a few minutes inside, Caitlin told me to go back outside to the parking lot for cart duty again, even though it was time for a coworker named Tierra to go outside. It also took longer than 30 minutes for me to be relieved from this outside task.
- On several occasions, Caitlin asked me to repeat or redo certain tasks such as cleaning the restrooms in part or whole. I felt those requests were made to me because I had spoken up to managers about this.
- During summer 2021, I overheard a coworker named Tierra say [paraphrasing] "this is really a third world country" while looking at a mobile phone, to which comment other coworkers began laughing. I could not see what was on the screen of the phone, but the comment was made in my vicinity and loudly enough for me to hear it clearly. I perceived that the comment was directed at me. I believe that Tierra regarded me as inferior.
- Also during summer 2021, two coworkers of mine named Dan Anderson and Caitlin Reynolds, each on separate occasions dumped out the contents of customer's grocery bags that I had packed, and reorganized the customer's groceries in front of the customers while laughing. I feel like this was retaliation against me because earlier that year, in spring 2021, I had reported to a supervisor/manager that Caitlin and another employee named Kelsee had made comments directly to me characterizing my job performance as slow, telling me to "speed up" or that I had not properly placed groceries in the grocery bags and that my bagging technique was incorrect. Also, I believe Caitlin and possibly other employees reported me to their supervisors as being lazy or slow or not working, claiming that I was wandering in the parking lot after helping customers take their groceries outside to the parking lot and helping customers load their groceries into their vehicles. I believe these coworkers perceived me as off task or slow and tried to report me as part of a store policy pertaining to an employee reward system for reporting of employee job-based violations. I perceived that on occasions, a coworker appeared to have followed me either outside to the parking lot, or even to the restroom, specifically in order to try to observe me in off-task job behavior or engaged in slow, inefficient, or incorrect job task behavior. I believe I was targeted in these examples because of a perception that I, as an older, female, Black African immigrant, was lazy or slow or off-task or negligent of my job responsibilities.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>18 FEB 2022    Espérance Taylor<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>2/18/2022 |

JOHN ERIC WATKINS
Notary Public
Alabama State at Large

My Commission Expires
July 25, 2023

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br><br>and EEOC |
|---|---|---|

_State or local Agency, if any_

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

For the above reasons, I once again requested an in-person meeting with a supervisor/manager in October 2021 to discuss these types of escalating behaviors directed towards me, and to request scheduling changes so that I was not on the same daily or weekly shift schedule as coworker Caitlin, Dan, and possibly another employee. During that meeting, I disclosed that I experienced Post Traumatic Stress Disorder (PTSD), among my physical health issues, and that the negative behaviors by certain coworkers were increasing my experience of PTSD. After speaking with my supervisor/manager in October 2021, I do not believe any meaningful changes were made to stop or limit the behavior of coworkers that singled me out for criticism, extra job tasks, and scheduling of shifts with the same coworkers.

After that October 2021 meeting, Caitlin and Dan continued their negative treatment of me, including but not limited to emptying bags of groceries I had packed in front of customers, and in November and December 2021 the negative treatment seemed to increase. Because I did not perceive any meaningful changes after discussing these issues with my supervisor/manager in October 2021, I chose to separate from employment and I provided one month advance notice of my intent to separate. As I explained in writing through the separation process paperwork, I felt compelled to separate due to the workplace environment that for a long time for me had been toxic, stressful, and at times harmful to my health and overall well-being. I voiced my concerns about what I perceived to be ongoing workplace instances of discriminatory behavior towards me on the basis of my race, age, disability, sex, and status as an African immigrant who had become a naturalized U.S. citizen.

To the best of my knowledge, I performed my job duties without complaints from customers of the grocery store or members of the general public, and I underwent regularly scheduled performance reviews that included written performance evaluations. Based on my written performance reviews, I believe that my work ethic and effort was regarded as average to good (or better) across all areas of review, with no bad or poor performance reviews. Also to my knowledge, I do not believe I was written up for misconduct and the only written citations I received pertained to tardiness and absences, each of which occurred infrequently. I enjoyed my job.

I believe I have been discriminated against on the basis of my Race, Sex, Age, and National Origin under Title VII of the 1964 Civil Rights Act as amended, and because of my disability in violation of the Americans With Disabilities Act of 1990 as amended. I worked with many lovely people, however, I felt pushed to quit by the behavior of several coworkers that had been detrimental to my health and overall wellbeing.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

16 FEB 2022    Espe'rance Taylor
Date           Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
2/18/2022

JOHN ERIC WATKINS
Notary Public
Alabama State at Large

My Commission Expires
July 25, 2023

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2100
TTY (205) 212-2112
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/02/2022

**To:** Esperance U. Taylor
1933 Shades Cliff Terrance
Birmingham, AL 35216

Charge No: 420-2022-01284

EEOC Representative and email:   WESLEY BERTA
Federal Investigator
wesley.berta@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2022-01284.

On behalf of the Commission,

**MICHAEL COCHRAN** Digitally signed by MICHAEL COCHRAN
Date: 2022.09.02 07:26:32 -05'00'

*for*   Bradley A. Anderson
District Director

**Cc:**
Dennis Santaniello
Publix Super Markets, Inc
100 NE 183RD ST
Miami Gardens, FL 33179

Stephen D Rygiel
Stephen Dennis Ryguel Attorney-at-Law
P.O Box 550070
Birmingham, AL 35255

Please retain this notice for your records.